NUMBER 13-03-223-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


MICHAEL ARTHUR McGIFFIN , Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Court at Law 

of Calhoun County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yanez,and Garza

Opinion Per Curiam


 Appellant, MICHAEL ARTHUR McGIFFIN , perfected an appeal from an order denying bond entered by the County
Court at Law of Calhoun County, Texas, in cause number 02-CR-082 . Appellant has filed a motion to dismiss the appeal. 
The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 19th day of June, 2003 .